JOEL H. SEAVERNS and Others v. ST. LAWRENCE CONDENSED MILK CORPORATION.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OSCAR GUBELMAN and Others v. ANDS. KOCH, INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FREDERICK H. KILPATRICK v. ARGYLE COMPANY, INC., and Others.— Motions denied, with ten dollars costs, and stays vacated.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of MUTUAL BARBER SHOPS COMPANY, INC., v. EARLINGTON REALTY CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LORETTA GOOD v. ROBERT GOOD.— Motion for stay pending appeal granted. Settle order on notice.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM W. HOWARD and Others v. THE CITY OF NEW YORK.— Motion granted; question certified.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

OSCAR L. GUBELMAN and Others v. GEORGE P. DUARTE.— Motion for stay denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MORRIS LIEBERBAUM v. MAX RESNICK.— Motion for stay pending appeal granted.    Settle order on notice.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

J. R. SIMPSON, as Executor, etc., of EMMA DESHA ELLIOTT, Deceased, and Another, Appellants, v. PATRICK J. HAYES, as Executor, etc., of Cardinal Archbishop JOHN M. FARLEY, as Successor to MICHAEL A. CORRIGAN, Archbishop, etc., and as Assignee, etc., and Another, Respondents.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL McCONNELL and Another, Doing Business under the Firm Name of EDWARD McCONNELL & Co., Appellants, v. E. HELLER & BRO., INC., Respondent. — Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. GUIDERA, Appellant, v. CUBAN ATLANTIC TRANSPORTATION COMPANY and Others, Respondents.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of WESLEY A. TYSON, Deceased.    COMPTROLLER OF THE STATE OF NEW YORK, Appellant; LILLIE M. TYSON, Individually and as Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE CITY OF NEW YORK, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs.    No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

C. H. & R. C. PECKWORTH, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.    .... .   ·  :   ,  ·  .